# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

TYREE BEVERLY,

    Plaintiff,

v.

OFFICE MENDOZA, et al.,

    Defendants.

Case No. 2:23-cv-00722-RFB-BNW

**ORDER**

On February 5, 2025, counsel for LVMPD kindly complied with this Court's request to determine if it could identify the identities of the defendants named in Plaintiff's complaint. While it does not appear that the facts that Plaintiff alleges match those that LVPD was able to uncover through its investigation, it appears it was able to locate three Officers who were working and in contact with Plaintiff around the time of the allegations in questions. These are Officers Mendoza, Felix, and Dupre. LVMPD is to confirm, within 10 days of this order, that it will accept service for these three officers.

This Court (and LVMPD) have attempted to aid Plaintiff in the identification of the named defendants, but at this juncture it is his responsibility to uncover the identities of the remaining defendants so that service can be effectuated.

**IT IS ORDERED** that LVMPD shall confirm within 10 days of this order that it will accept service for Officers Mendoza, Felix, and Dupre.

**IT IS FURTHER ORDERED** that the Clerk of Court will issue summonses for Defendants Jimenez and Abbleman and deliver the same to the U.S. Marshal for service. The Clerk also will send sufficient copies of the complaint (ECF No. 2-1) and this order to the U.S. Marshal for service on Defendants.

/ / /

/ / /

**IT IS FURTHER ORDERED** that the Clerk of Court send to Plaintiff five USM-285 forms. Plaintiff will have thirty (30) days to furnish to the U.S. Marshal the required USM-285 forms with relevant information as to each Defendant on each form.

**IT IS FURTHER ORDERED** that within twenty days after receiving from the U.S. Marshal a copy of the USM-285 forms showing whether service has been accomplished, **Plaintiff must file a notice with the Court identifying which Defendant(s) were served and which were not served, if any.** If Plaintiff wishes to have service again attempted on an unserved Defendant(s), then a motion must be filed with the Court identifying the unserved Defendant(s) and specifying a more detailed name and/or address for said Defendant(s), or whether some other manner of service should be attempted.

DATED: May 20, 2024.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE